**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-1063

ELDER LEWIS BANKS,

Plaintiff - Appellant,

versus

JEFFERSON SMURFIT CORPORATION,

Defendant - Appellee.

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham. William L. Osteen, District
Judge. (CA-00-814-1)

Submitted: May 30, 2002                Decided: June 6, 2002

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Elder Lewis Banks, Appellant Pro Se. Fred Thurman Hamlet, Sr.,
Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Elder Lewis Banks appeals the district court's order granting summary judgment to his former employer on his employment discrimination claims.  Our review of the record and the district court's opinion discloses no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>Banks v. Jefferson Smurfit Corp.</u>, No. CA-00-814-1 (M.D.N.C. Dec. 18, 2001).  We also deny Banks' motion to review the record in No. CA-00-144-1.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2